# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JOHNNY THOMPSON

CIVIL ACTION

VERSUS

17-773-SDD-RLB

UNKNOWN

### RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated April 23, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines the exercise of supplemental jurisdiction over any potential state law claims and this action is hereby DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana the 14 day of May, 2019.

*[signature]*
SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 2.
[3] Rec. Doc. 13.